ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA A. BOERSCH (CABN 126569)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:24-CR-00065-JSW |
|     Plaintiff, | |
| v. | NOTICE OF WITHDRAWAL OF COUNSEL |
| DARWIN LICONA, | |
|     Defendant. | |

PLEASE TAKE NOTICE that, effective immediately, Assistant United States Attorney (AUSA) Michelle J. Kane will no longer be representing the United States in the above-captioned case. Please exclude AUSA Kane in all future correspondence, pleadings, and notices and remove from the list of persons to be noticed. SAUSA John Ullom will continue to represent the United States

    Respectfully submitted,

    ISMAIL J. RAMSEY
    United States Attorney

    ____/S/_____
    MICHELLE J. KANE
    Assistant United States Attorney

NOTICE OF WITHDRAWAL OF COUNSEL